*Still not listed as creditor 8-27-12*

*Any help you can provide will be appreciated*

*Breithaupt*

FILED
AUG 29 2012
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

www.davebreithaupt.com

David Breithaupt MD, FACP

(408) 272-3308
E-mail dlbmlb@comcast.net

3852 Suncrest Ave.
San Jose, CA 95132

12-17635